IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY | PLAINTIFF |
| v. | CIVIL ACTION NO.: 1:15-CV-236-LG-RHW |
| SINGING RIVER HEALTH SYSTEM | DEFENDANT |
| AND | |
| SINGING RIVER HEALTH SYSTEM and SINGING RIVER HEALTH SYSTEM FOUNDATION | COUNTER-CLAIMANTS |
| v. | |
| CHUBB & SON, INC. a/k/a THE CHUBB GROUP OF INSURANCE COMPANIES, FEDERAL INSURANCE COMPANY AND JOHN DOES 1-10 | COUNTER-DEFENDANTS |

## AGREED PARTIAL FINAL JUDGMENT DISMISSING CHUBB & SON, INC. A/K/A THE CHUBB GROUP OF INSURANCE COMPANIES

**BEFORE THE COURT** is the ore tenus motion of the Defendants/Counter-claimants, Singing River Health System and Singing River Health System Foundation, to dismiss any and all claims made against Counter-Defendant, Chubb & Son, Inc. a/k/a The Chubb Group of Insurance Companies, and for the dismissal of said Counter-Defendant from this suit, without prejudice. The Court, being advised that the Counter-Plaintiff and Counter-Defendant agree to the entry of this Partial Final Judgment, finds that said motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED:**

1. That any and all claims made herein by the Defendants/Counter-claimants, Singing River Health System and Singing River Health System Foundation (hereinafter SRHS) against the Counter-

Defendant, Chubb & Son, Inc. a/k/a The Chubb Group of Insurance Companies, in the above-referenced matter shall be and are hereby dismissed without prejudice and that Counter Defendant Chubb & Son, Inc. a/k/a The Chubb Group of Insurance Companies is hereby fully and finally dismissed as a party to this action without prejudice. SRHS and Chubb & Son, Inc. a/k/a The Chubb Group of Insurance Companies shall each bear its own costs, expenses, and attorney fees.

2. That, pursuant to Fed. R. Civ. P. 54(b), there is no just reason for delay and this Order is hereby certified as a Partial Final Judgment as to all claims that have been made against Counter-Defendant Chubb & Son, Inc. a/k/a The Chubb Group of Insurance Companies and dismissing said Counter-Defendant.

**SO ORDERED AND ADJUDGED** this the 18th day of September, 2017.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief United States District Judge